ROBERT S. MCLAY (SBN 176661)
JOSHUA N. KASTAN (SBN 284767)
LAUREN M. CASE (SBN 280629)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
USAA FEDERAL SAVINGS BANK [erroneously sued as USAA Savings Bank]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Southern Division)

| | |
|---|---|
| JENS J. HUDSON,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED RECOVERY SYSTEMS, L.P.; USAA SAVINGS BANK; and DOES 1 through 100, inclusive,<br><br>         Defendants. | CASE NO.<br><br>**DEFENDANT USAA FEDERAL SAVINGS BANK'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1331 AND 1441a [FEDERAL QUESTION JURISDICTION]; DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1441 *et seq.*, defendant USAA FEDERAL SAVINGS BANK (hereinafter "USAA FSB") hereby removes to this Court the state action described below:

1. USAA FSB is one of two defendants in a civil action commenced on June 11, 2015 in the Superior Court of the State of California, County of Orange, Case No. 30-2015-00792970-CL-MC-CJC, entitled *Jens J. Hudson v. United Recovery Systems, L.P., et al.* A copy of the complaint is attached hereto as Exhibit "A" and is incorporated as part of this notice.

2. USAA FSB first received a copy of the complaint on or about June 30, 2015.

615035

-1-

DEFENDANT USAA FEDERAL SAVINGS BANK'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 USC §§ 1331 AND 1441a [FEDERAL QUESTION JURISDICTION]; DEMAND FOR JURY TRIAL

3. USAA FSB filed its answer to the complaint in state court on July 29, 2015. A true and correct copy of USAA FSB's answer to plaintiff's complaint is attached hereto as Exhibit "B" and is incorporated as part of this notice of removal and removal.

4. This Notice is being filed with this Court within thirty (30) days of USAA FSB being served with a copy of plaintiff's Complaint setting forth the claims for relief upon which his action is based.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by USAA FSB pursuant to the provisions of 28 U.S.C. section 1441, subdivision (a), in that the claims for relief alleged in the State Court action arise under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692K(d).

6. This Court is the proper district court for removal because Orange County Superior Court is located within the United States District Court for the Central District of California. The proper intra-district assignment for this case is the Southern Division.

7. Defendant United Recovery Systems, L.P. has been served with the Complaint in the State Court action, and consents to this Notice of Removal. (See Exhibit "C".)

8. By filing this Notice of Removal, USAA FSB does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

///
///
///
///

## DEMAND FOR JURY TRIAL

USAA FSB hereby demands a trial by jury.

Dated: July 30, 2015

HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By:   s/ Lauren M. Case
ROBERT S. MCLAY
LAUREN M. CASE
JOSHUA N. KASTAN
Attorneys for Defendant USAA FEDERAL SAVINGS BANK

615035

-3-

DEFENDANT USAA FEDERAL SAVINGS BANK'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 USC §§ 1331 AND 1441a [FEDERAL QUESTION JURISDICTION]; DEMAND FOR JURY TRIAL